```
                             United States Bankruptcy Court
                                Middle District of Florida
In re:                                                             Case No. 17-07522-CCJ
Dale M. Williams                                                   Chapter 7
             Debtor
                                    CERTIFICATE OF NOTICE
District/off: 113A-6         User: lmelanie                Page 1 of 2                  Date Rcvd: Mar 13, 2018
                             Form ID: B18                  Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2018.
db           +Dale M. Williams,    PO Box 768,    Windermere, FL 34786-0768
cr           +Almond Tree Estates HOA, Inc.,    c/o Clayton & McCulloh,    1065 Maitland Center Commons Blvd,
               Maitland, FL 32751-7437
cr           +Specialized Loan Servicing LLC,    Stewart Legal Group, P.L.,    c/o Gavin N. Stewart,
               P.O. Box 5703,    Clearwater, FL 33758-5703
27279489     +Alex & Lynn C. Hughson Trust,    2645 Sevada Lane,    Arroyo Grande, CA 93420-5358
27279490      Almond Tree Estates HOA,    c/o Sentry Management,    2180 W SR 434,    Suite 5000,
               Longwood, FL 32779-5044
27279491     +American Express Centurion B,    c/o Evan M. Goldman, Esq.,    Goldman & Goldman, PA,
               2330 W. Joppa Rd., Suite 300,    Lutherville Timonium, MD 21093-4689
27279492     +Ameripath, Inc.,    c/o National Asset Mgmt LLC,    PO Box 703,    Coraopolis, PA 15108-0703
27279494     +Bank of America, N.A.,    c/o Jorge L. Palma, Esq.,    1000 NW 57th Ct., Suite 400,
               Miami, FL 33126-3292
27279495     +Betson,    303 Peterson Plank Road,    Carlstadt, NJ 07072-2307
27279497      Center for Diagnostic Imagin,    c/o Collection Resources,    PO Box 2270,
               Saint Cloud, MN 56302-2270
27279498     +Colombia Financial LLC,    7 Mill Pond Circle,    Milford, MA 01757-1273
27279499     +Computer Credit, Inc.,    PO Box 5238,    Winston Salem, NC 27113-5238
27279501      Crown Asset Management, LLC,    c/o FMA Alliance, Ltd.,    PO Box 2409,    Houston, TX 77252-2409
27279502     +Dale M. Williams, Inc.,    1614 Camerbur Dr.,    Orlando, FL 32805-3608
27279503      Dr. P. Phillips Hospital,    c/o Medicredit, Inc.,    PO Box 1629,
               Maryland Heights, MO 63043-0629
27279504      Emergency Phys of Central FL,    PO Box 628296,    Orlando, FL 32862-8296
27279505     +FL Otolaryngology,    c/o Quality Collection Svce,    1320 N. Semoran Blvd.,    Suite 105,
               Orlando, FL 32807-3552
27279507     +Fox Run Association,    c/o VRI,    25510 Commercentre Dr,    Ste 100,
               Lake Forest, CA 92630-8855
27279508      Health Central Hospital,    c/o Horizon Financial Mgmt,    9980 Georgia St.,
               Crown Point, IN 46307-6520
27279509     +Holloway Credit Solutions,    1286 Carmichael Way,    Montgomery, AL 36106-3645
27279510      Jaffe & Asher LLP,    c/o Daniel Moken,    600 Third Ave.,    New York, NY 10016-1901
27279511     +Joy Voight,    c/o William C. Voight II,Esq,    7680 Universal Blvd.,    Suite 100,
               Orlando, FL 32819-8914
27279512      Meridian Financial Svcs Inc,    PO Box 1410,    Asheville, NC 28802-1410
27279513      MinuteClinic Diagnostic of S,    PO Box 329,    Woonsocket, RI 02895-0781
27279514     +On Deck Capital, Inc.,    155 E. 56th Street,    New York, NY 10022-2743
27279515      Orlando Health,    PO Box 620000,    Stop 9936,    Orlando, FL 32891-9936
27279516     +Quest Diagnostics,    c/o PennCredit,    916 S. 14th St.,    Harrisburg, PA 17104-3425
27279517     +RMB, Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
27279518     +Shellpoint Mortgage Servicin,    PO Box 10826,    Greenville, SC 29603-0826
27279519      Solantic of Orlando LLC,    PO Box 404994,    Atlanta, GA 30384-4994
27279520     +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
27279522     +TVT Capital Fund, LLC,    8 Hunters Lane,    Roslyn, NY 11576-1306
27279524     +Wide Merchant Investment,Inc,    3580 Wilshire Blvd.,    Suite 160,    Los Angeles, CA 90010-2506
27279525     +William C. Voight II, Esq,    7680 Universal Blvd.,    Suite 100,    Orlando, FL 32819-8914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRBWEBBER.COM Mar 14 2018 02:33:00      Richard B Webber,    Post Office Box 3000,
               Orlando, FL 32802-3000
27279493      EDI: CINGMIDLAND.COM Mar 14 2018 02:33:00      AT&T Mobility,    PO Box 536216,
               Atlanta, GA 30353-6216
27292467      EDI: BECKLEE.COM Mar 14 2018 02:33:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
27403517      EDI: CAPITALONE.COM Mar 14 2018 02:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
27279496      EDI: CAPITALONE.COM Mar 14 2018 02:33:00      Capital One Bank (USA), N.A.,    PO Box 60599,
               City of Industry, CA 91716-0599
27279500      EDI: RCSFNBMARIN.COM Mar 14 2018 02:33:00      Credit One Bank,    PO Box 60500,
               City of Industry, CA 91716-0500
27279487      EDI: FLDEPREV.COM Mar 14 2018 02:28:00      Florida Department of Revenue,    Bankruptcy Unit,
               Post Office Box 6668,    Tallahassee FL 32314-6668
27279506     +EDI: FORD.COM Mar 14 2018 02:33:00      Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
27279488      EDI: IRS.COM Mar 14 2018 02:34:00      Internal Revenue Service,    Post Office Box 7346,
               Philadelphia PA 19101-7346
27279486     +E-mail/Text: Bankruptcy@octaxcol.com Mar 13 2018 22:36:56      Orange County Tax Collector,
               PO Box 545100,    Orlando FL 32854-5100
27279521      E-mail/Text: dl-csgbankruptcy@charter.com Mar 13 2018 22:38:30      Spectrum,
               Bright House Network,    PO Box 30574,    Tampa, FL 33630-3574
27402404     +EDI: WFFC.COM Mar 14 2018 02:33:00      WELLS FARGO BANK N.A.,    SMALL BUSINESS LENDING DIVISION,
               PO BOX 29482,    PHOENIX, AZ 85038-9482
27279523     +EDI: WFFC.COM Mar 14 2018 02:33:00      Wells Fargo Business,    PO Box 29482,
               Phoenix, AZ 85038-9482
                                                                                              TOTAL: 13
```

```
District/off: 113A-6              User: lmelanie              Page 2 of 2              Date Rcvd: Mar 13, 2018
                                  Form ID: B18                Total Noticed: 47
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern, PA   19355-0701
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2018 at the address(es) listed below:
              Alan  Schwartzseid    on behalf of Creditor   Almond Tree Estates HOA, Inc.
               aschwartzseid@clayton-mcculloh.com
              Becket & Lee LLP (DP)    on behalf of Creditor   American Express Centurion Bank
               notices@becket-lee.com
              Gavin  Stewart    on behalf of Creditor   Specialized Loan Servicing LLC bk@stewartlegalgroup.com
              Michael A Nardella    on behalf of Debtor Dale M. Williams mnardella@nardellalaw.com,
               afebres@nardellalaw.com;msayne@nardellalaw.com
              Richard B Webber     rbwebber@ecf.epiqsystems.com,    rschohl@zkslawfirm.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                            TOTAL: 6
```

Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 6:17−bk−07522−CCJ

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dale M. Williams
   PO Box 768
   Windermere, FL 34786

Social Security No.:
   xxx−xx−0861

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: March 13, 2018

_____
Cynthia C. Jackson
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7 , the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**