ORDERED.

Dated: July 24, 2018

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In re:

DALE M WILLIAMS                                   CASE NO. 6:17-bk-07522-CCJ
                                                  CHAPTER 7

    Debtor.
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THIS CASE** came on for hearing on July 12, 2018 at 10:45AM the Motion for Relief from the Automatic Stay ("Motion") filed by Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2007- ("Movant") (Doc. No. 12).  For the reasons stated orally on the record, it is

**ORDERED:**

1.    The Motion (Doc. No. 12) is granted.

2.    The automatic stay arising by reason of 11 U.S.C. §362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**LOT 26, ALMOND TREE ESTATES, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 21 PAGES 33-37, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

**AKA 1021 Almond Tree Circle, Orlando, Florida 32835-8006 ("collateral")**

3. The underlying obligation, as described in the Amended Reaffirmation Agreement (Doc. No. 30), was reaffirmed by the Order on Reaffirmation (Doc. No. 31).

###

Attorney Gavin Stewart is directed to serve a copy of this order on non-CM/ECF interested parties and file a proof of service within 3 days of entry of the order.